1   David Foyil SBN 178067
    EqualJusticeLawGroup.com,Inc.
2   11400 State Highway 49 STE A
    Jackson, CA 95642-9469
3   Telephone:  (209) 223-5363
    Facsimile:   (209) 702-0001
4   E-mail: mail@equaljusticelawgroup.com

5   Attorney for Debtor,
    MICHAEL YBARRA ,
6

7

8                  UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
9                      SACRAMENTO DIVISION

| | | |
|---|---|---|
| 10   In Re: | ) | Case No. 2019-25214 |
| | ) | |
| 11       MICHAEL YBARRA , | ) | Doc. No: DEF-002 |
| | ) | |
| 12       Debtors. | ) | NOTICE OF HEARING ON THE MOTION |
| | ) | TO CONFIRM SECOND AMENDED |
| 13 | ) | CHAPTER 13 PLAN |
| | ) | |
| 14 | ) | Date:     April 21, 2020 |
| | ) | Time:     10:00 A.M. |
| 15 | ) | Judge:    Christopher D. Jaime |
| | ) | Place:     Department B, Courtroom 34 |
| 16 | ) |            United States Bankruptcy Court |
| _____ | ) |            500 I Street, Sacramento, CA |
| 17 | | |

18          NOTICE IS HEREBY GIVEN that a hearing has been scheduled for the Confirmation

19   of Debtor's Second Amended Chapter 13 Plan.  This hearing shall be held on April 21, 2020,

20   at the hour of 10:00 a.m. or as soon thereafter as the matter may be heard.  The hearing shall

21   take place in Department B of the United States Bankruptcy Court for the Eastern District of

22   California, Sacramento Division.  The Courthouse is located at 501 I Street, Sacramento,

23   California.  A copy of the aforesaid plan has been served on all creditors.

24          By this Motion Debtor seeks to obtain an order confirming his Second Amended

25   Chapter 13 Plan to adequately fund the plan and provide for claims of Class 1 creditors.

26          Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of this

27   court, opposition, if any, opposition to the granting of the Motion shall be in writing, supported

28   by written evidence, and shall be served and filed with the clerk by the opposing party not less

    than 14 calendar days preceding the noticed date of hearing.  Opposition shall be served on

the following:

| | | |
|---|---|---|
| David Foyil | Russell Greer | Office of the U.S. Trustee |
| Debtors Attorney | Chapter 13 Trustee | 501 I Street, Suite 7-500 |
| 11400 HWY 49 STE A | PO Box 3051 | Sacramento, CA 95814 |
| Jackson, CA 95642 | Modesto, CA 95353 | |

Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of a responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Any party can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

The motion will be based upon this Notice of Hearing on the Motion, the Motion to Confirm the Second Amended Chapter 13 plan, and the Declaration of Debtor in Support of the Motion, filed and served herewith, upon the files and records in this case, and such other and further evidence as may be presented at the hearing of this motion.


DATED: <u>February 13, 2020</u>                    <u>/s/ David Foyil</u>
                                                                  David Foyil,
                                                                  Attorney of Debtor.